UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA DELUCA, *individually and in a representative capacity on behalf of those similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 2:24-CV-06381<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Ana DeLuca, by and through her undersigned counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice her Complaint in the action styled *DeLuca v. Apple Inc.*, No. 2:24-CV-06381 (D.N.J.). No defendant in this action has answered the complaint or filed for summary judgment, and a class has not been certified.

Dated: January 16, 2025

**So ORDERED on 1/17/2025:**

*[signature]*
JULIEN XAVIER NEALS
United States District Judge

**LOWEY DANNENBERG, P.C.**

By: *s/ Peter A. Barile III*
Peter D. St. Phillip, Jr.
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
pstphillip@lowey.com
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com

Robert J. Bonsignore
Melanie Porter
**BONSIGNORE TRIAL LAWYERS, PLLC**

23 Forest St.
Medford, Massachusetts 02155
Tel: (781) 350-0000
Fax: (702) 983-8673
Email: rbonsignore@classactions.us
Email: melanie@classactions.us

*Counsel for Plaintiff and the Proposed Class*